UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES KENNETH WALLACE, SR.,　　　　　　CIVIL ACTION
ET AL.

VERSUS　　　　　　　　　　　　　　　　　　NO: 15-4393

STATE OF LOUISIANA, ET AL.　　　　　　　　SECTION: R(4)

## ORDER AND REASONS

Pro se litigant Charles Kenneth Wallace, Sr., filed this 42 U.S.C. § 1983 civil rights action, seeking a damage award of $666 billion for defendants' conspiring to deny citizens the presumption of innocence and the Louisiana Legislature's failing to define the phrase "human being" as it is used in Louisiana's homicide statutes.[1] Originally, Wallace filed this action on behalf of himself alone. Later, Wallace filed a class action complaint with three other prisoners: Clarence Mays, John Strother, and Anthony Chism.[2]

Before evaluating the prisoners' complaint, the Magistrate Judge denied Wallace's Motion for Leave to Proceed *In Forma Pauperis* under 28 U.S.C. § 1915(g) because Wallace has previously filed at least four lawsuits in this district that the Court dismissed as frivolous.[3] Wallace was then considered terminated as a plaintiff, and the record reflects that he has made no effort to pay the Court's $400 filing fee.

---

[1] R. Doc. 1; R. Doc. 3. Defendants include the State of Louisiana, the Louisiana State Bar Association, the American Bar Association, and Governor Bobby Jindal, among others. *See* R. Doc. 9 at 1.

[2] R. Doc. 3.

[3] R. Doc. 8.

After evaluating the prisoners' complaint with respect to Mays, Strother, and Chism, the Magistrate Judge recommends that the complaint be dismissed with prejudice for failure to prosecute.[4] Wallace (though already terminated), Mays, and Chism, object to the Magistrate Judge's Report and Recommendation (R&R), asserting a number of grounds irrelevant to Mays, Strother, and Chism's failure to prosecute.[5] Having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's R&R, and Wallace's objections to the R&R, the Court approves the R&R and adopts it as its opinion.

New Orleans, Louisiana, this ___16th___ day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. 9.

[5] R. Doc. 10.